PIXION, INC., Plaintiff–Appellant,

v.

PLACEWARE, INC., Defendant–Appellee.

No. 05–1286.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

Before SCHALL, DYK, and PROST, Circuit Judges.

*Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

David Lee WATT, Petitioner,

v.

DEPARTMENT OF TRANSPORTATION, Respondent.

No. 05–3220.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

Before SCHALL, DYK, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.